UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJUNATH JAGANNATHARAO,<br>　　　　Plaintiff,<br>　　v.<br>ETIHAD AIRWAYS,<br>　　　　Defendant. | Case No. 16-cv-00510-PSG<br><br>**ORDER TO SHOW CAUSE** |

　　　　Defendant Etihad Airways removed this case from state court on January 29, 2016.[1] On March 26, 2016, Plaintiff Manjunath Jagannatharao informed this court that he preferred to proceed in state court, where he had obtained a default judgment against Etihad.[2] On April 5, 2016, the court held its initial case management conference in this matter, but Jagannatharao did not file a case management statement or appear.[3] The court held another case management conference on May 3, 2016; Etihad informed the court that the state court had vacated the default judgment, while Jagannatharao again failed to appear.[4] No later than May 24, 2016, Jagannatharao shall show cause why this case should not be dismissed for failure to prosecute.

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 16.

[3] *See* Docket No. 18.

[4] *See* Docket No. 19.

Case No. 16-cv-00510-PSG
ORDER TO SHOW CAUSE

1

1  **SO ORDERED.**

2  Dated: May 9, 2016

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge