UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJUNATH JAGANNATHARAO,<br>        Plaintiff,<br>   v.<br>ETIHAD AIRWAYS,<br>        Defendant. | Case No. 16-cv-00510-PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 20)** |

The court has received Plaintiff Manjunath Jagannatharao's response[1] to the court's previous order to show cause[2] and is satisfied that the case should not be dismissed. The order to show cause is DISSOLVED. In light of the pending resignation of the undersigned, this case will be reassigned to a new judge. A further case management conference may be scheduled after reassignment.

**SO ORDERED.**

Dated: May 13, 2016

                                                     _____
                                                     PAUL S. GREWAL
                                                     United States Magistrate Judge

---

[1] *See* Docket No. 23.

[2] *See* Docket No. 20.