UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJUNATH JAGANNATHARAO,<br>  Plaintiff,<br>v.<br>ETIHAD AIRWAYS,<br>  Defendant. | Case No. 16-cv-00510-KAW<br><br>**ORDER REGARDING PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Re: Dkt. No. 28 |

On June 29, 2016, Plaintiff, acting pro se, filed a document titled "Statement for the case No. CV16-00510 KAW" Dkt. No. 28. The filing, presumably intended as Plaintiff's case management conference statement, does not comply with the Standing Order for All Judges of the Northern District of California. Accordingly, Plaintiff is ordered to re-file the case management conference statement so that it complies with the Standing Order for All Judges of the Northern District of California, available at http://cand.uscourts.gov/kaworders, BY NO LATER THAN July 11, 2016.

IT IS SO ORDERED.

Dated: 07/05/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge